UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CR05-29S** **July 22, 2005**

**TITLE: USA V. SOK NHEP**

**DISTRICT JUDGE: WILLIAM E. SMITH**

**COURTROOM CLERK: DOREEN L. BALDINELLI**

**COURT REPORTER: ANNE CLAYTON**

**IN COURT: 9:31 a.m. - 10:00 a.m.**

---

**COUNSEL PRESENT: Government: Dulce Donovan, AUSA**
**Defendant: Edward C. Roy, Esquire**
**Probation: Michael Perry**

**RE: Sentencing**

**Proceedings: All counsel of record present; Defendant present; no objections to the PSR; Court accepts the PSR without change; Government recommends the low-end of the guideline range of 10 months; Defense counsel asked the Court to impose a split sentence of 10 months; Defendant addresses his statements to the Court; Court imposes 5 months of incarceration; S/R 3 years; The first five (5) months of supervised release are to be served on home confinement with electronic monitoring. The defendant shall be allowed to leave his home to perform work, religious observances, and for any medical reasons. The defendant shall perform community service 10 hours per month if employed full-time for the term of S/R or if not employed or is working less than 20 hours per week, C/S will be increased to 10 hours per week; Probation Office to determine the appropriate community service; The defendant shall participate in a program for substance abuse which program may include testing (up to 72 tests per year) S/A $100.00; no fine; The defendant shall surrender to the U.S. Marshals Office on August 15, 2005 at 12:00 noon; The Court advises the defendant of his rights to file an appeal;**